# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**:     23-2323

**Short Case Caption**:     *Swarm Technology LLC v. Amazon.com, Inc.*

**Filing Party/Entity**:     Amazon.com, Inc. and Amazon Web Services, Inc.,
Appellees

1.     **Related or prior cases.**  Provide the case title, case number, and originating tribunal for each case.  Fed. Cir. R. 47.5(b)(1).

*Swarm Technology LLC v. Amazon.com, Inc.*, No. 2:21-cv-00438-DWL (D. Ariz.);

*Juniper Networks, Inc. v. Swarm Technology LLC*, Nos. 23-1980 & 23-2076 (Fed. Cir.) (consolidated);

*Juniper Networks, Inc. v. Swarm Technology LLC*, No. 3:20-cv-03137-JD (N.D. Cal.).

2.     **Names of all parties involved in the cases listed above.**  Do not duplicate the names of parties.  Do not relist the case information.  Fed. Cir. R. 47.5(b)(2)(A).

Swarm Technology LLC;

Amazon.com, Inc. and Amazon Web Services, Inc.;

Juniper Networks, Inc. and Apstra, Inc.

3.     **Names of all law firms, partners, and associates in the cases listed above.**  Do not duplicate the names of law firms, partners, and associates.  Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

**Beus Gilbert McGroder PLLC:**  Leo R. Beus, Michael K. Kelly, Christine N. Jones, Timothy J. Casey, Alexis L. Lindquist, David A. Neal, Kenneth Reed Willis, Lori Lea Voepel, L. Richard Williams.

**Latham & Watkins LLP:**  Adam M. Greenfield, Gabriel K. Bell, Maximilian A. Grant, David A. Zucker, Kimberly Q. Li.

**Spencer Fane LLP:**  Andrew M. Federhar, Jessica A. Gale.

**Fisch Sigler LLP:**  Adam A. A. Allgood, Joseph F. Edell, Alan M. Fisch, Ken K. Fung, Andrew L. Ramos, R. William Sigler, Matthew Benner.

**Steyer Lowenthal Boodrookas Alvarez & Smith LLP:**  Allan Steyer, Donald Scott Macrae, Jill K. Cohoe, Suneel Jain.

**Ernst, Brown & Draper, PLLC:**  Daniel J. Anderson.

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: September 7, 2023        Signature:    */s/ Adam M. Greenfield*

Name:      Adam M. Greenfield