# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number**: 23-2323

**Short Case Caption**: <u>*Swarm Technology LLC v. Amazon.com, Inc.*</u>

**Filing Party**: <u>Amazon.com, Inc. and Amazon Web Services, Inc., Appellees</u>

> **Instructions**: Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| United States Patent and Trademark Office Patent Trial and Appeal Board | IPR2022-00283 | Patent (*Inter Partes* Review) |

Relief sought on appeal:  ____ None/Not Applicable

> Affirm.

Relief awarded below (if damages, specify):  ____ None/Not Applicable

> The Patent Trial and Appeal Board ("Board") determined that claims 1-12 of U.S. Patent No. 9,852,004 ("the '004 patent") were shown to be unpatentable under 35 U.S.C. § 103. The Board also denied Patent Owner's Contingent Motion to Amend because proposed substitute claims 13 and 14 recite new matter and are not patent eligible under 35 U.S.C. § 101.

Docketing Statement (continued)

Briefly describe the judgment/order appealed from:

> On June 20, 2023, the Board issued a Final Written Decision holding that claims 1-12 of the '004 patent were shown to be unpatentable under § 103 and denying Patent Owner's Contingent Motion to Amend because proposed substitute claims 13 and 14 recite new matter and are not patent eligible under 35 U.S.C. § 101.

Nature of judgment (select one):       Date of order: June 20, 2023

  __X__   Final Judgment, 28 USC § 1295

  ____   Rule 54(b)

  ____   Interlocutory Order (specify type):

  ____   Other (explain)

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ___ None/Not Applicable

> *Juniper Networks, Inc. v. Swarm Technology LLC*, Nos. 23-1980 & 23-2076 (Fed. Cir.) (consolidated).

Issues to be raised on appeal:   ____ None/Not Applicable

> As Appellees, Amazon.com, Inc. and Amazon Web Services, Inc. will respond to the issues Appellant Swarm Technology LLC raises in this appeal.

Have there been discussions with other parties relating to settlement of this case?
___ Yes       __X__ No

If "yes," when were the last such discussions?

  ____ Before the case was filed below

  ____ During the pendency of the case below

  ____ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ____ Yes  ____ No

If they were mediated, by whom?

> Not Applicable.

Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?    ___ Yes  _X_ No

Explain.

| The parties would not benefit from mediation at this time. |
|---|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| None. |
|---|

Date: September 7, 2023    Signature:    */s/ Adam M. Greenfield*

                                        Name:         Adam M. Greenfield