**NEWMAN JONES**
PLLC
**ATTORNEYS AT LAW**
14747 N NORTHSIGHT BLVD
SUITE 111-143
SCOTTSDALE, AZ 85260

February 14, 2025

Mr. Jarrett B. Perlow (*via* ECF)
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Swarm Technology LLC v. Amazon.com, Inc.*, Appeal Nos. 23-2323, 24-1095;
Swarm's Response to Amazon's Citation of Supplemental Authority under Rule 28(j)

Dear Mr. Perlow:

In a letter dated February 13, 2025, Amazon identified *Samsung Electronics Co. v. Power2B, Inc.*, No. 23-1630 (Feb. 12, 2025) (nonprecedential) as a pertinent and significant authority under Rule 28(j). Swarm respectfully disagrees. *Samsung* is distinguishable from the present case for at least the following reasons.

First, unlike *Samsung*, Amazon has not consistently advanced the same construction. For example, in its '275 Petition, Amazon argued that "Lurie discloses a TCW (co-processor) that proactively retrieves a task" because Lurie's TCWs purportedly retrieved a task "without being instructed …." Appx4300. Amazon now seeks a construction of "proactively" that entirely avoids consideration of whether the TCW is "initiating change rather than reacting to events," "being told to act," or "reactionary." RedBr. 68.

Second, unlike *Samsung*, the Board in this case did not adopt a construction that would exclude the embodiment identified by Amazon. Indeed, it is entirely consistent for a *proactive* coprocessor—which according to the Board's construction is "initiating change rather than reacting to events"—to "periodically send an agent to monitor the task pool for available tasks" as described by the '275 Patent. YellowBr. 53-54. Unlike *Samsung*, the Board here found that the embodiment identified by Amazon fell "squarely within" the Board's construction. Appx119.

In view of the above, *Samsung* is distinguished from Amazon's cross-appeal. The Board's final written decision in IPR2022-00633 should be affirmed.

Respectfully submitted,

Daniel J. Anderson
of NEWMAN JONES PLLC
*Counsel for Appellant Swarm Technology LLC*