# United States Court of Appeals for the Federal Circuit

---

**SWARM TECHNOLOGY LLC,**
*Appellant*

**v.**

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**
*Cross-Appellants*

---

2023-2323, 2024-1095

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00283, IPR2022-00633.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 30, 2025
Date

Jarrett B. Perlow
Clerk of Court